**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

TARA NICOLE SLOAN                                                                                    PLAINTIFF

V.                                                                   CIVIL ACTION NO.: 1:07CV85-SA-JAD

CRAIG SHANNON and
TUPELO PUBLIC SCHOOL DISTRICT                                                     DEFENDANTS

**ORDER GRANTING PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

This cause comes on consideration on Plaintiff's Motion for Leave to File Under Seal [53]. The Court finds as follows:

Pursuant to Local Rule 83.6 (B), the Court is of the opinion that the it is in the parties' best interest to cloak Plaintiff's Exhibit to Response in Opposition to Defendants' Summary Judgment under seal. UNIF. LOCAL R. N.D. MISS. & S.D. MISS. 83.6 (B). Therefore, Plaintiff's Motion for Leave to File Under Seal [53] is **GRANTED**, and the Clerk of the Court is directed to **SEAL** said documents.

SO ORDERED, this the 13th day of January 2009.

                                                                                    /s/ Sharion Aycock
                                                                                    **U.S. DISTRICT JUDGE**