IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TARA NICOLE SLOAN                                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO.: 1:07CV245-SA-JAD

CRAIG SHANNON AND
TUPELO PUBLIC SCHOOL DISTRICT                                                        DEFENDANTS

# ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby **ORDERED** that:

(1) Defendants' Motion for Summary Judgment [48] and Supplemental Motion for Summary Judgment [60] is GRANTED as to Plaintiff's claims for Title VII retaliation as it relates to Plaintiff's transfer to Tupelo High School, First Amendment retaliation, tortious interference with employment as it relates to Plaintiff's transfer to Tupelo High School, intentional infliction of emotional distress, and negligent infliction of emotional distress.

(2) Defendants' Motion for Summary Judgment [48] and Supplemental Motion for Summary Judgment [60] is DENIED as to Plaintiff's claims for sexual harassment, Title VII retaliation as it relates to Plaintiff's cut in hours, violation of equal protection, and tortious interference with employment as it relates to Plaintiff's cut in hours.

**SO ORDERED**, this the 29th day of April, 2009.

                                                              /s/ Sharion Aycock
                                                           **UNITED STATES DISTRICT JUDGE**