**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**TARA NICOLE SLOAN**                                                                    **PLAINTIFF**

**V.**                                                                    **CIVIL ACTION NO. 1:07CV245-SA-JAD**

**CRAIG SHANNON and TUPELO**
**PUBLIC SCHOOL DISTRICT**                                                       **DEFENDANTS**

---

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Being advised that this matter has been settled, this case is hereby dismissed with

prejudice, with each party to bear its own cost and attorney fees.

SO ORDERED, this the 26th day of February, 2010.

<u>**s/ Sharion Aycock**</u>
 **U.S. DISTRICT COURT JUDGE**


The Following Agree to Entry
of the Above and Foregoing Order:

s/<u>Jim Waide</u>
Attorney for Plaintiff

s/<u>Berkley N. Huskison</u>
Attorney for Defendants